JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BP LAW GROUP, LLP, ET AL,<br><br>       Plaintiff(s),<br><br>v<br><br>OASIS OUTSOURCING, INC.,<br><br>       Defendant(s) | CASE NO. SA CV 14-1873-DOC (ANx)<br><br>**ORDER DISMISSING CIVIL CASE** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon good cause shown by **February 19, 2015**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

*David O. Carter*

_____

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: January 22, 2015